UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,                   **MEMORANDUM**

      -against-                                     24 Cr. 674 (KMK)

OMAR CHAFEI,

                          Defendant.
-------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the December 5, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 19, 2024
          White Plains, New York

                                                  Respectfully Submitted,

                                                  */s/ Judith C. McCarthy*
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge